**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **8:03CR459** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **ERNEST M. DUNCAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order filed on this date:

Judgment is hereby entered in favor of the plaintiff the United States and against the defendant Ernest M. Duncan.

DATED this 19th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge